AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Liberty Petroleum, LLC<br>1100 Harris Street<br>Charlottesville, VA 22903<br>*Plaintiff(s)*<br>v.<br><br>Super Trappe, LLC, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. RDB 16-cv-2900 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Super Trappe, LLC
4123 Ocean Gateway
Trappe, MD 21673
  SERVE: Shayma Mereish, Resident Agent
  3799 Marvel Drive
  Trappe, MD 21673

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robin R. Cockey, Esquire
  Cockey, Brennan & Maloney, P.C.
  313 Lemmon Hill Lane
  Salisbury, MD 21801
  410-546-1750
  rrcesq@cbmlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/18/2016 



*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Liberty Petroleum, LLC<br>1100 Harris Street<br>Charlottesville, VA 22903<br>*Plaintiff(s)*<br>v.<br><br>Super Trappe, LLC, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. RDB 16-cv-2900<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shayma Mereish
3799 Marvel Drive
Trappe, MD 21673

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robin R. Cockey, Esquire
Cockey, Brennan & Maloney, P.c.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1750
rrcesq@cbmlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/18/2016



_Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Liberty Petroleum, LLC<br>1100 Harris Street<br>Charlottesville, VA 22903<br>*Plaintiff(s)*<br>v.<br><br>Super Trappe, LLC, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  RDB 16-cv-2900 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William Homoud
3799 Marvel Drive
Trappe, MD 21673

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robin R. Cockey, Esquire
Cockey, Brennan & Maloney, P.c.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1750
rrcesq@cbmlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/18/2016     



*Deputy Clerk*